■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH FREY.— Motion to dismiss appeal denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH GONZALES.— Motion dismissed on ground that there is no appeal pending from the judgment of conviction. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ HENRY C. POLK, as Administrator, v. NEW YORK CENTRAL RAILROAD COMPANY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the appellants' points to be served and filed on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ RAMONA A. MOJICA et al. v. ULRIM REALTY CORP.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for the defendant-respondent and files 6 typewritten or 19 mimeographed copies of the appellant's points, together with the original record, with this court on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ HEDWIG WALDMAN, as Executrix, v. BARNEY KALMANS et al.— Motion for stay denied, with $10 costs, and the temporary stay contained in the order to show cause, dated December 4, 1959, is vacated. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SOL STEINHARDT.— Motion granted insofar as to permit the appeal to be heard on the original record and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County, and files 6 typewritten or 19 mimeographed copies of the appellant's points with this court, on or before March 1, 1960, with notice of argument for the April, 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ WALTER N. SMITH et al. v. VINCENT A. MASSI et al.— Motion denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of MILTON I. HIRSCHORN against ALEXANDER A. FALK et al.— Motion denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.